# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No.  99-30968
Summary Calendar

---

LANDON MARSHALL,

Petitioner-Appellant,

versus

BURL CAIN, Warden,
Louisiana State Penitentiary,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 99-CV-592-J
--------------------
July 19, 2000

Before JOLLY, JONES and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Landon Marshall appeals from the district court's dismissal of his 28 U.S.C. § 2254 habeas petition as time-barred. The district court granted a certificate of appealability on the question whether the district court should have equitably tolled the limitation period.  We affirm.

Marshall argues that the district court should have equitably tolled the one year limitation period of 28 U.S.C.  § 2244(d) because his inmate counsel substitute incorrectly

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

interpreted the applicable filing deadlines.  Marshall's ignorance of legal requirements does not justify equitable tolling.  See Felder v. Johnson, 204 F.3d 168, 172 (5th Cir. 2000).  Marshall has failed to show that he was actively misled or prevented in some extraordinary way from asserting his rights.  See Coleman v. Johnson, 184 F.3d 398, 402 (5th Cir. 1999), cert. denied, 120 S. Ct. 1564 (2000).

**AFFIRMED.**